658 A.2d 722

IN THE MATTER OF JOHN J. MAIORIELLO,
AN ATTORNEY AT LAW.

June 5, 1995.

**ORDER**

The Disciplinary Review Board having filed a report with the Court on April 26, 1995, recommending that **JOHN J. MAIORIELLO** of **PHILADELPHIA, PENNSYLVANIA** who was admitted to the bar of this State in 1989, be reprimanded for violation of *RPC* 1.15(b) (failure to keep proper books and records), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to communicate) in a number of matters, and for practicing law while ineligible to do so, and good cause appearing;

It is ORDERED that **JOHN J. MAIORIELLO** is hereby reprimanded, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.